**FOR PUBLICATION**

```
          IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                DIVISION OF ST. THOMAS & ST. JOHN
```

BRUCE BICKLEY,                       )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )
                                     )
GREG LEWIS; LAURA LEWIS; THE         )    Civil No. 2007-155
S/V "SEA CHATEAU", Hull              )
Identification No. 7, her            )
tackle, engines, tender, sails       )
and equipments; DENNIS VOLLMER       )
d/b/a 1ST CLASS YACHT                )
CHARTERS, and D'LA MER               )
CHARTERS, LLC,                       )
                                     )
          Defendants.                )
_____)

**ATTORNEYS:**

**A. Jeffrey Weiss, Esq.**
St. Thomas, U.S.V.I.
   *For the plaintiff.*

**Douglas L. Capdeville, Esq.**
St. Thomas, U.S.V.I.
   *For defendants Greg Lewis, Laura Lewis and S/V "Sea
   Chateau", Hull Identification No. 7, her tackle, engines,
   tender, sails and equipments.*

**Charles S. Russell, Jr., Esq.**
St. Thomas, U.S.V.I.
   *For defendants Dennis Vollmer d/b/a First Class Yacht
   Charters and D'La Mer Charters, LLC.*

                              **ORDER**

**GÓMEZ, C.J.**

     On November 12, 2008, defendants Dennis Vollmer d/b/a First Class Yacht Charters and D'La Mer Charters, LLC (the "Moving Defendants") moved for partial summary judgment against the

*Bickley v. Lewis, et al.*
Civil No. 2007-155
Order
Page 2

plaintiff, Bruce Bickley ("Bickley"). On November 18, 2008, the Magistrate Judge entered a Minute Order, allowing Bickley to respond to the motion by December 12, 2008. On December 11, 2008, the parties filed a joint stipulation, purporting to extend Bickley's time to respond to December 19, 2008. Bickley did not file his response by that date. Instead, on that date, the parties filed a second stipulation, purporting to allow Bickley to respond to the motion by December 24, 2008.

    Local Rule of Civil Procedure 56.1(c) provides, in pertinent part:

> (1) When a party requests an extension of time from the other party, the parties shall first make a good faith effort to negotiate a reasonable extension, which shall not exceed thirty (30) days from the deadline otherwise prescribed in this Rule. *Only one such extension for the motion in question is permitted*.
> . . .
> (2) If the parties cannot agree, the party seeking an extension may apply to the Court. If the Court grants the application, *the parties may not thereafter alter the deadlines set by the Court without leave of the Court*.

LRCi 56.1(c) (2008) (emphasis supplied).

    The premises considered, it is hereby

    **ORDERED** that the parties' stipulation, entered into the docket at entry 65 on December 19, 2008, is **STRICKEN**.

S\_____
CURTIS V. GÓMEZ
**Chief Judge**